IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEODORA PADILLA,

      Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

      Defendant.
_____/

No.  CIV.S-04-1885 DAD

ORDER TO SHOW CAUSE

      By an order filed February 2, 2005, plaintiff was directed to return the necessary documents for service to the United States Marshal's office within thirty days.  The time period has now expired, and it has come to the court's attention that the United States Marshal is not in receipt of the necessary materials.

      Accordingly, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

/////

1

1  Failure to <u>timely</u> file the required writing will result in a
2  recommendation that the case be dismissed.
3  DATED: June 6, 2005.

```
                                    /s/ Dale A. Drozd
                                    _____
                                    DALE A. DROZD
                                    UNITED STATES MAGISTRATE JUDGE
```

DAD:lg
Ddad1/orders.socsec/padilla1885.osc.service

2