IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEODORA PADILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No.  CIV.S-04-1885 DAD<br><br><u>ORDER AND</u><br><br><u>FINDINGS AND RECOMMENDATIONS</u> |

      By an order filed February 2, 2005, plaintiff was directed to return the necessary documents for service to the United States Marshal's office within thirty days.  The time period has now expired, and it has come to the court's attention that the United States Marshal is not in receipt of the necessary materials.

      On June 7, 2005, the court issued an order to show requiring plaintiff to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  Plaintiff was cautioned that failure to do so would result in a recommendation

1

1  that this action be dismissed.  The time period has now expired and
2  plaintiff has not responded to the court's order despite a courtesy
3  call placed to plaintiff's counsel by a member of the court's staff
4  on July 20, 2005.  Accordingly,

5       IT IS HEREBY ORDERED that this action shall be assigned a
6  United States District Judge randomly selected by the Clerk of the
7  Court.

8       IT IS HEREBY RECOMMENDED that this action be dismissed
9  without prejudice.  See Fed. R. Civ. P. 41(b); L.R. 11-110.

10      These findings and recommendations are submitted to the
11 United States District Judge assigned to the case, pursuant to the
12 provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being
13 served with these findings and recommendations, any party may file
14 written objections with the court and serve a copy on all parties.
15 Such a document should be captioned "Objections to Magistrate Judge's
16 Findings and Recommendations."  Any reply to the objections shall be
17 served and filed within ten days after service of the objections.
18 The parties are advised that failure to file objections within the
19 specified time may waive the right to appeal the District Court's
20 order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
21 DATED: July 28, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

24 DAD:lg
Ddad1/orders.padilla1885.f&r.assign

2