IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEODORA PADILLA,

      Plaintiff,                      No. CIV S-04-1885 DFL DAD

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.                ORDER

/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On July 29, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed July 29, 2005, are adopted in full; and

2. This action is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b); L.R. 11-110.

DATED: 10/21/2005

/s/ David F. Levi

DAVID F. LEVI
United States District Judge